Nelson v. Nelson . . . . . . . . . . . . . . . 82A01–1607–DR–17061   02/28/2017   KIRSCH, J.   Affirmed
BARNES, J.   Concurs
ROBB, J.   Concurs in part and dissent in part with separate opinion

Weathers v. State . . . . . . . . . . . . . . 82A01–1608–CR–1751   02/28/2017   PYLE, J.   Affirmed
BAKER, J.   Concurs
MATHIAS, J.   Concurs

Scroggins v. State . . . . . . . . . . . . . . 39A01–1605–PC–1026   02/28/2017   ROBB, J.   Affirmed
KIRSCH, J.   Concurs
BARNES, J.   Concurs

Hollowell v. Hollowell . . . . . . . . . . 49A02–1605–DR–985   02/28/2017   PYLE, J.   Affirmed
BAKER, J.   Concurs
MATHIAS, J.   Concurs

Crawford v. State . . . . . . . . . . . . . . 49A02–1608–CR–1786   02/28/2017   MATHIAS, J.   Affirmed
BAKER, J.   Concurs
PYLE, J.   Concurs

Wilson v. State . . . . . . . . . . . . . . . . 09A02–1609–CR–2147   02/28/2017   KIRSCH, J.   Affirmed
ROBB, J.   Concurs
BARNES, J.   Concurs

J.D., Matter of . . . . . . . . . . . . . . . . 82A01–1606–JC–1438   02/28/2017   BROWN, J.   Affirmed
VAIDIK, C.J.   Concurs
BRADFORD, J.   Concurs

Abbott v. State . . . . . . . . . . . . . . . . 20A03–1608–CR–1928   02/28/2017   MATHIAS, J.   Affirmed
BAKER, J.   Concurs
PYLE, J.   Concurs

Davenport v. State . . . . . . . . . . . . . 48A02–1604–CR–954   02/28/2017   MATHIAS, J.   Affirmed
BAKER, J.   Concurs
PYLE, J.   Concurs

Thomas v. State . . . . . . . . . . . . . . . 48A02–1608–CR–1807   02/28/2017   RILEY, J.   Affirmed
CRONE, J.   Concurs
ALTICE, J.   Concurs

T.T.H., In re . . . . . . . . . . . . . . . . . . 02A03–1606–JT–1457   02/28/2017   NAJAM, J.   Affirmed
BAILEY, J.   Concurs
MAY, J.   Concurs